# ATTACHMENT B

1.      All records on the **Devices** described in Attachment A that relate to violations of Title 18 U.S.C. 249 and involve JAMES ALEX FIELDS including:

   a.   Evidence of who used, owned, or controlled the **Devices** at the time the things described in this warrant were created, edited, or deleted, such as logs, registry entries, configuration files, saved usernames and passwords, documents, browsing history, user profiles, email, email contacts, "chat," instant messaging logs, photographs, and correspondence;

   b.   Evidence of the attachment to the **Devices** of other storage devices or similar containers for electronic evidence;

   c.   Evidence of the times the **Devices** were used;

   d.   Evidence indicating how and when the **Devices** were accessed or used to determine the chronological context of computer access, use, and events relating to the crime under investigation and to the **Devices** user;

   e.   Evidence indicating the **Devices** user's state of mind as it relates to the crime under investigation;

   f.   Passwords, encryption keys, and other access devices that may be necessary to access the **Devices**;

   g.   Documentation and manuals that may be necessary to access the **Devices** or to conduct a forensic examination of the **Devices**;

   h.   Records of or information about Internet Protocol addresses used by the **Devices**;

    i. Evidence of software that would allow others to control the **Devices**, such as viruses, Trojan horses, and other forms of malicious software, as well as evidence of the presence or absence of security software designed to detect malicious software;

    j. Evidence of the lack of such malicious software;

    k. Evidence of counter-forensic programs (and associated data) designed to eliminate data from the **Devices**;

    l. Any information recording schedule or travel, including reservations, receipts, confirmations, or other related information;

    m. Any financial records, including but not limited to bank records, checks, credit card bills, account information, and other related information;

    n. Records of Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses;

    o. Contextual information necessary to understand the evidence described in this attachment;

  2. Records, information, and items relating to violations of the statues described above including:

    a. Records, information, and items relating to the occupancy, ownership, purchase, maintenance or other items relating to any vehicles;

    b. Records, information, and items relating to the identity or location of the persons suspected of violating the statues described above; and

  c. Records, information, and items relating to the planning, organizing, execution related to any activity or event, including communication and correspondence, which may violate the statues described above.

  3. As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form.

  4. The term "computer" includes all types of electronic, magnetic, optical, electrochemical, or other high-speed data processing devices performing logical, arithmetic, or storage functions, including desktop computers, notebook computers, mobile phones, tablets, server computers, and network hardware