# Return

| Case No.: 3:17mj41 | Date and time warrant executed: 8-16-17 - 4:35 p.m. | Copy of warrant and inventory left with: N/A |
|---|---|---|

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILE, VA
FILED
AUG 23 2017
JULIA C. DUDLEY, CLERK
BY: /s/ DEPUTY CLERK

Inventory made in the presence of:

Inventory of the property taken and name of any person(s) seized:

- Alienware CPU S/N 8443979210
- WD Blue External Hard Drive S/N WCC6Y2HNU8T4
- Alienware Laptop S/N 2VMDK32
- PNY Attach Flash Drive 1G - Purple In Color
- PNY Flash Drive 4GB - Red In Color
- Netgear Router 484151 5303034
- CPU Black # 053316469707
- Seagate External HardDrive S/N NA7PRCKP
- Playstation 3 S/N CK02545L603
- XBOX S/N 038323253308

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 8/23/2017

_____
Executing officer's signature

Johnny Lavender  Special Agent
Printed name and title

Received on August 23, 2017.

_____
USMJ